-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

KENNETH NICHOLSON, 09A5751,

              Plaintiff,

      -v-

BRIAN FISCHER, Commissioner;
DALE ARTUS, Superintendent;
THOMAS J. STICHT, D.S.S.;
G. LUCAS, Correction Lieutenant;
JAMES JOHNSON, Correction Sergeant;
JASON BARRETT, Correction Officer;
JAMES FRANCE, JR., Correction Officer
and RICHARD BROOKS, Correction Officer
and in their official capacities;

              Defendants.

_____

DECISION AND ORDER
13-CV-6072G(P)



       Plaintiff has filed a second motion for appointment of counsel Docket # 9). There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore, plaintiff's motion for appointment of counsel is denied without prejudice to renewal once the defendants have responded to plaintiff's complaint.

       IT IS SO ORDERED.

                               _____
                                FRANK P. GERACI, JR.
                                United States District Judge

DATED: April/12, 2013
       Rochester, New York